# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In re:   Yuniel Mejias Gonzalez,

Case No. 25-14365-BKC-RAM

Debtors
_____/

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE

Debtor, Yuniel Mejias Gonzalez, by and through undersigned counsel, files his Motion to Voluntarily Dismiss Chapter 7 Case and in support thereof does state:

1. Debtor filed his Petition under Chapter 7 on April 22, 2025.
2. Jacqueline Calderin is the duly appointed and acting Trustee of the estate.
3. Due to circumstances, testimony at the Section 341 Meeting of Creditors, and negotiations with the U.S. Trustee's Office, the debtor is moving to dismiss his bankruptcy with a prejudice period of five years.
4. No Creditor or party will be prejudiced by the granting of this Motion.

WHEREFORE, Debtor respectfully requests that this Court dismiss the Voluntary Petition in this matter with a five (5) year prejudice period and for any other and further relief as is just and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on Jacqueline Calderin, Chapter 7 Trustee, U.S. Trustee, and all creditors listed in the Creditors' Matrix via electronic filing and U.S. Mail on this June 6, 2025.

/s/Joel D. Lucoff
Joel D. Lucoff
Fla. Bar No. 192163
Debt Shield Law
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
(754) 800-5299
service@debtshieldlaw.com